```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
SHIVAN BASSAW, *Individually, and On Behalf of All*   :
*Others Similarly Situated*,                          :
:
Plaintiff,:
:
-v -                       :
:
BUILD.COM, INC.,                                      :
:
Defendant.:
:
---------------------------------------------------------------X

1:22-cv-10988-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

On May 4, 2023, the Court issued an order conditionally discontinuing this action.  Pursuant

to the terms of that order, the plaintiff was provided the option to apply for restoration of the action

to the active calendar of the Court by the date that was 60 days following the issuance of the order.

In accordance with the terms of that order, if the plaintiff failed to apply for restoration of the case

by that date, the case would be automatically dismissed with prejudice.

By letter dated June 30, 2023, the plaintiff has requested that the Court extend the deadline

for the plaintiff to apply for restoration of the case to the Court's active calendar, or, alternatively,

for the parties to submit a stipulation of settlement and dismissal.[1]  That application is GRANTED.

Accordingly, the deadline for the plaintiff to apply for restoration of the case to the Court's active

calendar, or, alternatively, for the parties to submit a stipulation of settlement and

---

[1] As explained in Rule 4(E) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain
jurisdiction to enforce confidential settlement agreements.  If the parties wish that the Court retain
jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the
public record.

dismissal, is extended to August 29, 2023.

      SO ORDERED.


Dated: July 5, 2023
      New York, New York

                                   GREGORY N. WOODS
                             United States District Judge